IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3107 |
| v. | ) | |
| | ) | |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.  Defendant's counsel's motion to withdraw, filing 13, is
granted.  The Federal Public Defender for the District of
Nebraska shall provide the court with a draft appointment order
(CJA Form 20) for substitute counsel bearing the name and other
identifying information of the CJA Panel attorney identified in
accordance with the Criminal Justice Act Plan for this district.

2.  The trial, previously set for October 2, 2006, is
continued until further order.

3.  The court finds that the ends of justice will be served
by continuing the trial date, and a period of thirty days, that
is, the time between September 18, 2006 and October 23, 2006,
shall be excluded from the calculation of speedy trial time for
the reason that it is more important for the defendant to be
represented by an attorney who is fully informed and prepared for
trial than it is for the defendant to have a speedy trial, and
that failure to extend the trial date might result in a
miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of September, 2006.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge