```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3107 |
| | ) | |
| v. | ) | |
| | ) | |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Appointed counsel, Korey Reiman, has moved to withdraw as counsel for the defendant. Filing 20. Mr. Reiman states that his attorney/client relationship with the defendant has degraded to point that he is unable to represent the defendant in a competent and effective fashion.

IT THEREFORE HEREBY IS ORDERED:

1. A hearing on the motion to withdraw will be held before the undersigned on January 23, 2007 at 10:30 a.m.

2. The defendant and his appointed counsel, Korey Reiman, shall attend this hearing. Counsel for the government need not attend.

3. The marshal shall transport the defendant to secure his presence at the hearing.

4. The trial of this case, currently set for January 16, 2007, is continued pending resolution of the motion to withdraw.

DATED this 26th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge