IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3107 |
| V. | ) | |
| | ) | |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

A conference call with counsel was held today.  Defense counsel has learned of a conflict of interest and has filed a motion to withdraw.  There being no objection by the government,

IT IS ORDERED that:

(1)    Korey Reiman's motion to withdraw (filing 24) is granted.

(2)    The Federal Public Defender shall propose new defense counsel to Judge Piester and provide that counsel with the appropriate CJA voucher.

(3)    The trial in this matter is removed from the undersigned's March 5, 2007 trial docket and is continued until further order of the court.

(4)    This matter is referred to Magistrate Judge Piester for appointment of counsel, further progression and rescheduling the trial.

(5)    The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

February 27, 2007.                    BY THE COURT:

                                                  s/ Richard G. Kopf
                                                  United States District Judge