IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Wednesday, September 5, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

August 24, 2007.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge