IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3107 |
| | ) | |
| V. | ) | |
| | ) | |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion for reconsideration (filing 115) of memorandum and order (filing 113) and judgment (filing 114) is denied.

   DATED this 8th day of January, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge