IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3107 |
| | ) | |
| V. | ) | |
| | ) | |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The Application for Second or Successive Certificate of Appealability (filing 127) is denied.

(2) Because the defendant has not received permission to file a second or successive 2255 motion, the Clerk shall terminate filing 124 and not treat it as a pending motion. In that sense, filing 124 is stricken.

DATED this 3rd day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge