IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3107 |
| | ) | |
| v. | ) | |
| | ) | |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Predicated upon *Alleyne v. United States*, 133 S. Ct. 2151 (2013) (Any fact that increases mandatory minimum sentence for crime is "element" of crime, not "sentencing factor," that must be submitted to jury, overruling *Harris v. United States*), the defendant has filed a section 2255 motion. However, since the defendant did not seek permission from the Court of Appeals to file this second or successive motion (*see*, *e.g.*, filing no. 134 Court of Appeals Order denying previous application to file successive habeas application), and since *Alleyne* does not apply to the defendant because the statutory maximum was not increased by the gun enhancement,

IT IS ORDERED:

1. The Motion to Vacate under 28 U.S.C. § 2255 (filing no. 140) is denied for these separate reasons: (a) the pending motion is a second or successive 2255 motion for which no permission to file has been obtained from the Court of Appeals and (b) the motion has no merit.

2. A separate judgment will be issued. No certificate of appealability will be issued by the undersigned.

DATED this 4th day of August, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge